June 21, 1973

## Coffey *v.* Property Holding Corp. (et al., Appellant).

Argued March 26, 1973; *Timothy J. Savage*, with him *William M. Marutani*, and *MacCoy, Evans & Lewis*, for appellant; no oral argument was made nor brief submitted for appellee.

Order affirmed.

SPAETH, J., took no part in the consideration or decision of this case.

## Commonwealth *v.* Anderson, Appellant.

Argued March 29, 1973. *Paul Leo McSorley*, with him *McSorley & McSorley*, for appellant; *James T. Ranney*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.